IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JERRY E. POLLARD, D-34783,    No. CV-12-0975 CRB  (PR)

    Plaintiff.

_____/    **JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The action is DISMISSED without prejudice.

Dated: April 11, 2012　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　*Tracy Lucero*
　　　　　　　　　　　　　　　　　　　　　By: Tracy Lucero
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk